VITO PASSANANTE and Another, Respondents, v. ROTHENBERG CRULLER BAKERY, INC., Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

FRED POLITE and Another, Respondents, v. MARY REIF, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

PRESIDENT LAUNDRY CO., INC., Respondent, v. HERCULES LAUNDRY MACHINERY CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALLINGTON APARTMENTS, INC., Respondent, Appellant, v. WILLIAM STANLEY MILLER, President, and HUBERT T. DELANY and Others, Constituting the Tax Commission of the City of New York, Appellants, Respondents. Taxes for Years 1938-9, 1939-40 and 1940-41. — Motion to resettle order [ante, p. 733] granted and order resettled by adding thereto the following: The official referee's findings of fact numbered 5, 6 and 7, and his conclusions of law numbered 1, 2, 3, 4 and 5, are reversed. This court makes the following new findings of fact and conclusions of law:

### Findings of Fact.

That the fair and actual market value of the relator's property was as follows:
On October 1, 1937:
Land $51,500.    Improvements $428,500.    Total $480,000.
On January 25, 1939:
Land $51,500.    Improvements $428,500.    Total $480,000.
On January 25, 1940:
Land $98,000.    Improvements $382,000.    Total $480,000.

### Conclusions of Law.

That the assessments under review in this proceeding are not erroneous by reason of overvaluation.

That the relator herein has failed to overcome the presumption in favor of the correctness of the said assessments.

That the said assessments as fixed by the defendants should be confirmed.

Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

Settle order on notice.

LUCY ROMANO and Another, Appellants, v. HOME OWNERS' LOAN CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.